*Eric P. Smith* for Town of Gates, appellant.

*Joseph Wm. Taylor* for Town of Chili, appellant.

*Francis C. Wickes* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.

In the Matter of the Arbitration Between ARTHUR L. FRIEDHEIM, Appellant, and INTERNATIONAL PAPER COMPANY, Respondent.

Argued April 6, 1944; decided May 18, 1944.

*Jacob R. Freund* for appellant.

*Theodore Kiendl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. Taking no part: RIPPEY and DESMOND, JJ.

In the Matter of IRVING GOLDMAN et al., Copartners under the Name of CIRCLE THEATRE TICKET SERVICE CO., Appellants, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.

Argued April 11, 1944; decided May 18, 1944.